```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   No. CR-05-184-WFN-2
                Plaintiff,       )
                                 )   ORDER GRANTING PLAINTIFF'S
v.                               )   MOTION TO MODIFY BAIL
                                 )   CONDITION
BRIAN HALL,                      )
                                 )
                Defendant.       )
                                 )
```

At the July 8, 2010, hearing on Defendant's Motion to Modify, Defendant was present with counsel Phillip Wetzel. Assistant U.S. Attorney Russell Smoot represented the United States.

The Plaintiff's Motion **(Ct. Rec. 132)** is **GRANTED.** The Plaintiff shall be allowed to post a $100,000 cash bond, plus a $300,000 corporate surety bond. All other conditions in this court's order filed May 28, 2010, shall remain.

**IT IS SO ORDERED.**

DATED July 8, 2010.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY BAIL CONDITION - 1